| | | | | |
|---|---|---|---|---|
| State v. Cadle | 108,402 | Denied | 08/30/13 | Unpublished |
| State v. Calhoun | 105,723 | Denied | 06/14/13 | Unpublished |
| State v. Callahan | 106,970 | | | |
| | 106,971 | Denied | 08/29/13 | Unpublished |
| State v. Capps | 105,653 | Denied | 08/19/13 | Unpublished |
| State v. Capps | 107,361 | | | |
| | 107,480 | Denied | 08/29/13 | Unpublished |
| State v. Card | 107,481 | Denied | 08/19/13 | Unpublished |
| State v. Carlson | 106,072 | Denied | 08/19/13 | Unpublished |
| State v. Carrillo-Fuentes | 106,355 | Denied | 08/19/13 | Unpublished |
| State v. Carroll | 107,279 | Denied | 08/30/13 | Unpublished |
| State v. Carter | 105,755 | Denied | 06/14/13 | Unpublished |
| State v. Carter | 106,218 | Denied | 08/19/13 | Unpublished |
| State v. Carter | 107,495 | Denied | 09/04/13 | Unpublished |
| State v. Chambers | 106,520 | Denied | 09/04/13 | Unpublished |
| State v. Charles | 105,148 | Granted | 05/20/13 | Unpublished |
| State v. Cheatham | 106,029 | Denied | 05/20/13 | Unpublished |
| State v. Cheatham | 106,413 | Denied | 08/29/13 | Unpublished |
| State v. Clark | 106,187 | Denied | 08/19/13 | Unpublished |
| State v. Clark | 106,204 | | | |
| | 106,369 | Denied | 07/30/13 | Unpublished |
| State v. Clay-Dominguez | 106,704 | | | |
| | 106,913 | Denied | 08/29/13 | Unpublished |
| State v. Coggs | 104,934 | Denied | 09/04/13 | Unpublished |
| State v. Cole | 106,667 | Denied | 06/14/13 | Unpublished |
| State v. Collins | 100,996 | Denied | 08/23/13 | Unpublished |
| State v. Collins | 105,523 | Denied | 09/04/13 | Unpublished |
| State v. Collins | 106,405 | Denied | 08/29/13 | Unpublished |
| State v. Corkill | 107,356 | Denied | 08/19/13 | Unpublished |
| State v. Corral | 106,024 | Denied | 08/19/13 | Unpublished |
| State v. Couse | 102,889 | Denied | 07/19/13 | Unpublished |
| State v. Covington | 104,912 | Denied | 07/19/13 | Unpublished |
| State v. Cox | 106,502 | Denied | 08/19/13 | Unpublished |
| State v. Coyne | 105,082 | Denied | 06/14/13 | Unpublished |
| State v. Crawford | 106,399 | Denied | 09/04/13 | Unpublished |
| State v. Davis | 106,343 | Denied | 08/19/13 | Unpublished |
| State v. Dean | 105,682 | Denied | 04/08/13 | Unpublished |
| State v. Degyves-Chavez | 105,314 | Denied | 04/08/13 | Unpublished |
| State v. Delarosa | 105,534 | Denied | 09/04/13 | 48 Kan. App. 2d 253 |
| State v. DeLeon | 106,308 | Denied | 07/19/13 | Unpublished |
| State v. Demler | 104,840 | Denied | 08/19/13 | Unpublished |
| State v. Derringer | 106,119 | Denied | 08/29/13 | Unpublished |
| State v. Dimmick | 106,352 | Denied | 08/19/13 | Unpublished |
| State v. Dismuke | 105,566 | Denied | 04/08/13 | Unpublished |
| State v. Divers | 106,312 | Denied | 06/14/13 | Unpublished |
| State v. Dixon | 105,683 | Denied | 09/04/13 | Unpublished |
| State v. Dobyns | 106,228 | Denied | 08/19/13 | Unpublished |